IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL E. McKINZY, SR.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNION PACIFIC RAILROAD,** )<br>)<br>**Defendant.** )<br>_____ ) | No. 08-2519-CM |

### ORDER

Plaintiff Michael McKinzy filed this *pro se* civil rights action against defendant Union Pacific Railroad on October 20, 2008. (Doc. 1). On December 22, 2008, plaintiff filed a motion for summary judgment. (Doc. 11). Pending before the court is defendant's Motion to Deny Without Prejudice Plaintiff's Motion for Summary Judgment or, Alternatively, Motion for Extension of Time for Defendant to Respond to Summary Judgment (Doc. 15). Defendant claims plaintiff's summary judgment motion should be dismissed as premature. Alternatively, defendant requests that the court grant it an extension of time until February 13, 2009, to respond to plaintiff's motion for summary judgment. Plaintiff opposes these requests. (Doc. 16.)

This court notes that, pursuant to Rule 56, a party claiming relief, *i.e.*, the plaintiff, may move for summary judgment at any time after 20 days have passed from commencement of the action. Therefore, plaintiff's motion is not premature. The court overrules defendant's motion to deny plaintiff's summary judgment motion. The court agrees, however, that the case is in the early stages of litigation. The parties have not yet had a scheduling conference with the court, or set deadlines for discovery. The court finds that good cause exists to grant defendant until February 13, 2009 to file a response to the plaintiff's motion. Fed. R. Civ. P. 6.

**IT IS THEREFORE ORDERED** that defendant's Motion to Deny Without Prejudice Plaintiff's Motion for Summary Judgment or, Alternatively, Motion for Extension of Time for Defendant to Respond to Summary Judgment (Doc. 15) is granted in part and denied in part.

**IT IS FURTHER ORDERED** that defendant has until February 13, 2009 to respond to plaintiff's Motion for Summary Judgment (Doc. 11).

Dated this 14th day of January 2009, at Kansas City, Kansas.

<u>s/ Carlos Murguia</u>
**CARLOS MURGUIA**
**United States District Judge**